# UNITED STATES DISTRICT COURT
for the

_Western_ District of _North Carolina_

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 0419 3:22CR00137-001 |
| | ) | |
| Dela Euzene May | ) | USM No: 01935-510 |
| | ) | |
| Date of Original Judgment: 02/23/2023 | ) | |
| Date of Previous Amended Judgment: | ) | Pro Se |
| _(Use Date of Last Amended Judgment if Any)_ | | _Defendant's Attorney_ |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    ☒ the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment
_(as reflected in the last judgment issued)_ of _____ months **is reduced to** _____ .

_(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)_

Except as otherwise provided, all provisions of the judgment dated  04/03/2023 _____ ,
shall remain in effect.

**IT IS SO ORDERED**.

Signed: December 15, 2023

Effective Date: _____
_(if different from order date)_

Frank D. Whitney
United States District Judge

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Dela Euzene May
CASE NUMBER: 0419 3:22CR00137
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 23 | Amended Total Offense Level: 23 | |
| Criminal History Category: III | Criminal History Category: III | |
| Previous Guideline Range: 57 to 71 months | Amended Guideline Range: 57 to 71 months | |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

In this case, the application of Amendment 821 reduces the defendant's status points to zero resulting in a total of 4 criminal history points, criminal history category III. Since the criminal history category does not change, the application of Amendment 821 provides no change in this case.